UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-071

No. 24-3331

JORGE MIGUEL SOUSA BENEVIDES,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. 042-798-418)

Present: MATEY, Circuit Judge

1. Motion by Petitioner for Ninety (90) Day Extension of Time to File Brief and Appendix until June 2, 2025.

Respectfully,
Clerk/TMM

_____ORDER_____

The foregoing motion is **DENIED AS PRESENTED.** The Court **GRANTS** a sixty-day extension.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: March 5, 2025
Tmm/cc: Peter Gannon, Esq.
Jeffrey B. Rubin, Esq.
Kimberly A. Williams, Esq.