UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-3331**

Benevides v. Attorney General United States

To: Clerk

1) Motion to Strike Petitioner to Strike Respondent's Notice of Supplemental Authority Under Fed. R. App.28(j)

2) Response by Respondent in Opposition to Motion to Strike

The foregoing motion and response are referred to the merits panel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 7, 2025
Amr/cc: all counsel; of record