**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 24-3331

Jorge Sousa Benevides v. Attorney General United States of America

(Agency Case No.: A042-798-418)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 01, 2025
AMR/cc: EOIR,
Peter Gannon, Esq.
Jeffrey B. Rubin, Esq.
Kimberly A. Williams, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate